# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CELESTINE CLARICE HOWARD,<br><br>Plaintiff,<br><br>-vs-<br><br>EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, CITIBANK, N.A., COMENITY BANK, and WELLS FARGO BANK, N.A.,<br><br>Defendants. | CASE NO. 1:24-cv-02455-AT-WEJ |

## **NOTICE OF SETTLEMENT AS TO DEFENDANT, TRANS UNION LLC,**

COMES NOW Plaintiff, CELESTINE CLARICE HOWARD, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, TRANS UNION LLC, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 18th day of July, 2024.

1

/s/ Octavio Gomez
Octavio "Tav" Gomez
Florida Bar No.: 0338620
Georgia Bar No.: 617963
Pennsylvania No.: 325066
The Consumer Lawyers PLLC
412 E. Madison St, Suite 916
Tampa, FL 33602
Cell: (813) 299-8537
Facsimile: (844) 951-3933
Tav@theconsumerlawyers.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 18th day of July, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

/s/ Octavio Gomez
Octavio "Tav" Gomez
Georgia Bar No.: 617963
The Consumer Lawyers
*Attorney for Plaintiff*

2