# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CELESTINE CLARICE HOWARD,<br><br>Plaintiff,<br><br>-vs-<br><br>EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, CITIBANK, N.A., COMENITY BANK, and WELLS FARGO BANK, N.A.,<br><br>Defendants. | CASE NO. 1:24-cv-02455-AT-WEJ |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO WELLS FARGO BANK, N.A.

COMES NOW Plaintiff, CELESTINE CLARICE HOWARD, and Defendant, WELLS FARGO BANK, N.A., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against Defendant, WELLS FARGO BANK, N.A, in the above-styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Dated this 11th day of September 2024.

| | |
|---|---|
| **/s/ Octavio Gomez**<br>Octavio "Tav" Gomez<br>Florida Bar No.: 0338620<br>Georgia Bar No.: 617963<br>Pennsylvania No.: 325066 | **/s/ Christine R. Emello**<br>Christine R. Emello<br>Georgia Bar No.: 151598<br>Troutman Pepper Hamilton Sanders LLP |

| | |
|---|---|
| The Consumer Lawyers PLLC<br>501 E. Kennedy Blvd, Suite 610<br>Tampa, FL 33602<br>Cell: (813) 299-8537<br>Tav@theconsumerlawyers.com<br>*Attorney for Plaintiff* | 600 Peachtree Street NE, Suite 3000<br>Atlanta, Georgia 30308<br>Tel.: (404) 885-3798<br>Christine.Emello@Troutman.com<br>*Attorney for Defendant Wells Fargo Bank, N.A.* |