# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CELESTINE CLARICE HOWARD,<br><br>Plaintiff,<br><br>-vs-<br><br>EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, CITIBANK, N.A., COMENITY BANK, SYNCHRONY BANK and WELLS FARGO BANK, N.A.,<br><br>Defendants. | CASE NO. 1:24-cv-02455-AT-WEJ |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO CITIBANK, N.A. and SYNCHRONY BANK

COMES NOW Plaintiff, CELESTINE CLARICE HOWARD, and Defendants, CITIBANK, N.A., and SYNCHRONY BANK, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, without prejudice, each claim and count therein asserted by Plaintiff, against Defendants, CITIBANK, N.A., and SYNCHRONY BANK, in the above-styled action, with Plaintiff and Defendants to bear their own attorney's fees, costs and expenses.

Dated this 18th day of October 2024.

| | |
|---|---|
| **/s/ Octavio Gomez**<br>Octavio "Tav" Gomez<br>Florida Bar No.: 0338620<br>Georgia Bar No.: 617963<br>Pennsylvania No.: 325066 | **/s/ Monica K. Gilroy**<br>Monica K. Gilroy<br>Georgia Bar No.: 427520<br>The Gilroy Firm<br>1145 Hightower Trail |

The Consumer Lawyers PLLC
501 E. Kennedy Blvd., Suite 610
Tampa, FL 33602
Cell: (813) 299-8537
Tav@theconsumerlawyers.com
*Attorney for Plaintiff*

**/s/ Erik L. Johnson**
Erik L. Johnson
Georgia Bar No.: 139597
BALLARD SPAHR LLP
1909 K Street NW, 12th Floor
Washington, D.C. 20006-1157
Tel.: (202) 661-2216
Facsimile: (202) 661-2299
Johnsonel@ballardspahr.com
*Attorney for Defendant Citibank*

Atlanta, GA 30350
Tel.: (678) 280-1922
Facsimile: (678) 280-1923
Monica.Gilroy@gilroyfirm.com
*Attorney for Defendant Synchrony Bank*